IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:95CR128 |
| v. | ) | |
| DONALD HUGHES, | ) | ORDER |
| Defendant. | ) | |

On October 18, 2005, the defendant appeared with counsel for a hearing on an Amended Petition for Warrant for Offender Under Supervision. (Filing No. 290). Defendant was present and represented by Karen Shanahan. Plaintiff was represented Susan T. Lehr, Assistant United States Attorney. The defendant admitted allegation numbers 1 and 3 contained within the Petition are true and the Court found the defendant to be in violation of conditions of his supervised release.

The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) The defendant's supervised release is hereby revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 24 months. He is to report to the United States Marshal's Service for the District of Nebraska, no later than 9:00 a.m. October 24, 2011, to begin his sentence.

2) That upon completion of the defendant's incarceration, he will not be placed on supervised release and any obligations he owes with respect to this case will be concluded.

3) The Petition for Warrant or Summons for Offender Under Supervision (Filing No. 280) and allegations 2, 4, and 5 of the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 290) are hereby dismissed.

DATED this 18th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____ day of _____, 201__.

    _____

    _____ Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

    _____

    _____ UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

    _____

    _____ UNITED STATES WARDEN

By: _____