IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:95CR128 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD HUGHES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to amend order (Filing No. 293). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall report to the Douglas County Correctional Center no later than 9 a.m. on October 24, 2011, to commence service of his seven-day term of imprisonment to be served concurrent to his federal sentence.

DATED this 21st day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court